81,011-02

To Clerk, Abel Acosta
Re: WR-81,011-02
TC # 2011F00150-A

Enclosed you will find a brief summarizing the facts about the aboved WR-81,011-02 And Trial Count # 2011F00150-A

Also Enclosed is a copy of the plea-Agreement signed on 10-7-13. Cass County is breaching this obligation by Not Awarding me with the credit specified in these documentations.

Please present the enclosed brief along with the plea-Agreement obligations to the Honorable court. Thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

Sincerely
Ray Dunwood Bristow
#1894817
Choice Moore Unit
Bonham, Texas
75418

"Brief"

In August of 2011 I was arrested in Bowie County, Texas and sentenced to 20 months State Jail.

I was transferred to the Bradshaw State Jail Facility in October of 2011

While at the Bradshaw Facility I Filed Numerous motions to the Cass County District Clerk Requesting a Bench-warrant and Speedy Trial because the case I was sentenced the 20 months for and Pending answ change case # 2011F00150 both transspired out of the Same Criminal Episode. All these motions were Received by the Cass County District Clerk but Never presented to the Judge.

"All motions are stamped and Dated":

I was Released From State Jail in April of 2013 to the Custody of the Cass County Sheriff Dept. I was then Appointed Counsel.

I explained the motions that I Filed on my behalf and expressed that my Right to a speedy trial was Violated under article 28.061 And 32A.01 of the Texas Code of Criminal Procedures And U.S. Constitutional amendment 6 and 14 to our U.S. Constitution. My Attorney Fully Agreed with me on these Issues After Consulting with several other Attorneys.

I was scheduled my First Court appearance on 10-7-13 and offered a plea-agreement of 8 years T.D.C.J. with credit For all time served since 9-2-11

I was incarcerated on 9-2-11 and have continued to be incarcerated.

Cass County has Breached this plea-obligation by Not awarding the Credit Specified in this Documentation

I pray that the Court grant me the Relief in which I am entitled to under this plea-agreement.
Credit For All time served since 9-2-11

Respectfully Submitted

Roy D. Bristow
T.D.C.J. # 1894817
Choice Moore Unit
1700 Fm. 87
Bonham, Texas
75418

(Felony)

NO. ____2011-F-00710 Count 1 & 2____

FILED FOR RECORD
CASS COUNTY, TEXAS

2013 OCT -7 P 4:37

DISTRICT CLERK

BY_____ DEPUTY
SERVING BOWIE/CASS COUNTIES

STATE OF TEXAS

V

____Roy  D.  Bristow____ ✓✓✓

IN THE 5th DISTRICT COURT

FOR THE STATE OF TEXAS

## ADMONISHMENTS OF THE COURT
(Article 26.13 Code of Criminal Procedure)

You are charged with the offense of __Unauthorized  use  of  vehicle__ and you are admonished in connection with this matter as follows: __+ Criminal  Mischief__ ✓✓

1.  RANGE OF PUNISHMENT: If convicted, you could face the following range of punishment:

____ FIRST DEGREE FELONY: a term of life or any term of not more than 99 years or less than 5 years in the Institutional Division of the Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may be imposed.

____ SECOND DEGREE FELONY: a term of not more than 20 years or less than 2 years in the Institutional Division of the Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may be imposed.

_✓_ THIRD DEGREE FELONY: a term of not more than 10 years or less than 2 years in the Institutional Division of the Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may be imposed.

____ HABITUAL OFFENDER: a term of life or any term of not more than 99 years or less than 25 years in the Institutional Division of the Department of Criminal Justice.

____ FIRST DEGREE ENHANCED: a term of life or any term of not more than 99 years or less than 15 years in the Institutional Division of the Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may be imposed.

____ OTHER: _____
_____

2.  NEGOTIATED PLEA AGREEMENT:

If a negotiated plea agreement has been reached between you and the state as to the punishment the state's attorney will recommend in exchange for your plea of guilty, you are admonished that the agreement and the recommendation of the prosecuting attorney as to punishment is not binding on the judge. The judge shall inquire as to the existence of any plea bargain agreement between the state and the defendant in open court and before any finding on your plea. If the Court rejects such agreement, you shall be permitted to withdraw your plea of guilty or nolo contendre and neither the fact that you have entered a plea of guilty or nolo contendre may be used against you on the issue of guilt or punishment in any subsequent criminal proceeding.

3.  PERMISSION TO APPEAL:

If the punishment assessed does not exceed the punishment recommended by the prosecutor and agreed to by you and your attorney, the judge of this Court must give you permission before you may prosecute an appeal on any matter in this case except for those matters raised by written motions filed prior to trial.

4.  NON-CITIZEN:

If you are not a citizen of the United States of America, a plea of guilty or nolo contendre for this offense may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law.

5.  DEFERRED ADJUDICATION:

If the Court defers adjudicating your guilt and places you on probation, on violation of any imposed conditions, you may be arrested and detained as provided by law. You will then be entitled to a hearing limited to the determination by the Court of whether to proceed with an adjudication of guilt in the original charge. No appeal may be taken from the determination. After adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, granting of probation and your right of appeal continue as if adjudication of guilt had not been deferred.

Given to the Defendant in open court in writing on this the __7th__ day of __Oct__ 20__13__

____Ralph K Burgess____
Judge Presiding

I, the undersigned Defendant, acknowledge that I did receive the above admonishments in writing, in open court from the judge on this the __7__ day of __Oct__ 20__13__ I have discussed this with my attorney, and I fully understand.

____Dy J. alst F____
DEFENDANT'S ATTORNEY

____Roy D. Bristow____
DEFENDANT

ARSON

NO. 2011-F-00150

STATE OF TEXAS

IN THE 5ª DISTRICT COURT

V

FOR THE STATE OF TEXAS

Roy D. Bristow

SERVING BOWIE/CASS COUNTIES

## PROPOSED PUNISHMENT RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

As the result of negotiations between the parties, and unless and until this recommendation is ~~superseded by a~~ subsequent proposal, it is understood by the undersigned that the Attorney for the State, upon Defendant's plea of guilty, will recommend to the Court that (check all that apply):

_____ It is recommended that the prosecution proceed only on Count _____.

__✓__ It is recommended that punishment be assessed at a term of _____ 8 yrs _____ in the Institutional Division of the Department of Criminal Justice.

_____ It is recommended that a fine of $_____ be imposed.

_____ It is recommended that the above-recommended sentence be suspended and that defendant be placed on probation for a period of _____ years.

_____ It is recommended that adjudication in this matter be deferred pursuant to Art. 42.12, C.C.P. for a period of _____ years.

_____ It is recommended that the following special terms of probation be imposed: _____
_____
_____

_____ It is recommended that the Court consider the following unadjudicated offenses under Section 12.45 P.C.:
_____

_____ It is recommended that prosecution proceed only on the lesser-included offense of: _____
_____

OTHER RECOMMENDATIONS: _Consider + dismiss unindicted Burglary of a habitation from 2011. Credit for all time served since 9-2-11. Run concurrent with 2011-F-00210_

## AGREEMENT

It is agreed by the Defendant, the attorney for the defendant, and the Attorney for the state that the punishment recommendations outline above may be considered by the Court when assessing punishment in this case.

Date of agreement: _____

_Roy D Bristow_
DEFENDANT

_Tina M. Richardson_
ATTORNEY FOR STATE

_Troy J. aust II_
ATTORNEY FOR DEFENDANT

## ORDER APPROVING AGREEMENT

The Court accepts and approves the foregoing agreement between the State and the Defense and will assess punishment within the range of the agreement.

_Ralph K Burgess_

NO. 2011-F-00210

STATE OF TEXAS

V

Roy D. Bristow

IN THE 5ᵗʰ DISTRICT COURT

FOR THE STATE OF TEXAS

SERVING BOWIE/CASS COUNTIES

## PROPOSED PUNISHMENT RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

As the result of negotiations between the parties, and unless and until this recommendation is superseded by a subsequent proposal, it is understood by the undersigned that the Attorney for the State, upon Defendant's plea of guilty, will recommend to the Court that (check all that apply):

_____ It is recommended that the prosecution proceed only on Count _____.

__✓__ It is recommended that punishment be assessed at a term of _____ 8 yrs _____ in the Institutional Division of the Department of Criminal Justice.

_____ It is recommended that a fine of $_____ be imposed.

_____ It is recommended that the above-recommended sentence be suspended and that defendant be placed on probation for a period of _____ years.

_____ It is recommended that adjudication in this matter be deferred pursuant to Art. 42.12, C.C.P. for a period of _____ years.

_____ It is recommended that the following special terms of probation be imposed: _____
_____
_____
_____

_____ It is recommended that the Court consider the following unadjudicated offenses under Section 12.45 P.C.:
_____
_____

_____ It is recommended that prosecution proceed only on the lesser-included offense of:_____
_____

OTHER RECOMMENDATIONS: Consider & dismiss unindicted Burglary of
a habitation from 2011. Credit for all time served since
9-2-11. Run concurrent with 2011-F-00150.

## AGREEMENT

It is agreed by the Defendant, the attorney for the defendant, and the Attorney for the state that the punishment recommendations outline above may be considered by the Court when assessing punishment in this case.

Date of agreement: _____

_Ina M Richardson_
ATTORNEY FOR STATE

_Roy D. Bristow_
DEFENDANT

_J. aux II_
ATTORNEY FOR DEFENDANT

## ORDER APPROVING AGREEMENT

The Court accepts and approves the foregoing agreement between the State and the Defense and will assess punishment within the range of the agreement.

_Ralph K. Burgess_